UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ORA SHAVERS                                                                                    PLAINTIFF

V.                              NO. 5:17-CV-00192-JM/JTR

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                                                        DEFENDANT

## ORDER

Before the Court is Plaintiff's Third Unopposed Motion to Extend Time to file an appellate brief. For good cause shown,

IT IS HEREBY ORDERED that Plaintiff's Motion (*doc. 17*) is GRANTED. The Court's Scheduling Order (*doc. 12*) is modified to provide that Plaintiff's brief is due no later than **February 15, 2018**. Defendant's brief is due within forty-two (42) days after service of Plaintiff's brief.

Dated this 16th day of January 2018.

_____
UNITED STATES MAGISTRATE JUDGE